BEFORE THE THIRD DIVISION, JUNE 11, 1957

**No. 60830.**—H. Z. Bernstein Co., Inc., and Dubera Corp. *v.* United States, protest 182026–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of resistors similar in all material respects to those the subject of Abstract 57045, the claim of the plaintiffs was sustained.